

JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In re:                                  *

    Azdad S. Campbell                Case No. 09-29485-JFS

                                        *

    Debtor                                      Chapter 13

                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER
### ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF
### CHAPTER 13 TRUSTEE FOR MATERIAL DEFAULT IN PLAN PAYMENTS AFTER
### CONFIRMATION AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

    Having considered Debtor's Motion to Reconsider Order With Notice Dismissing Chapter 13 Case on Motion of chapter 13 Trustee for Material Default in Plan Payments After Confirmation and Notice That Automatic Stay is Terminated, any response thereto, it appearing that proper notice had been given and that the interests of equity so warrant, it is:

    ORDERED, that the Order With Notice Dismissing Chapter 13 Case on Motion of Chapter 13 Trustee for Material Default in Plan Payments After Confirmation and Notice That Automatic Stay is Terminated be and the same hereby is vacated.

    cc:    Nancy Spencer Grigsby, Chapter 13 Trustee
              Azdad S. Campbell, Debtor
              David S. Ostrow, Counsel for Debtor

End of Order